UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:08-cr-00013 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JOSEPH WOLCOTT, et al. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, it is **ORDERED** that:

a) Motion to suppress the fruits of unlawful detention, *de facto* arrest, and warrantless search of Kevin Wolcott (Docket Entry No. 333) is **DENIED**.

b) Motion to suppress the search of Kevin Wolcott's residence (Docket Entry No. 335), to which Rachel Wolcott joined (Docket Entry No. 487) is **DENIED**.

c) Motion to suppress the search of Joseph Wolcott's two residences (Docket Entry No. 523) is **DENIED**.

d) Motion to suppress the search of Bradley Eldridge's business (Docket Entry No. 338) is **DENIED**.

e) Motion to suppress the statements of Kevin Wolcott at the Crossville airport on November 12, 2008 (Docket Entry No. 573) is **GRANTED**.

It is so **ORDERED**.

ENTERED on this the 23rd day June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge