UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  )  ) | NO. 2:08-cr-00013 JUDGE HAYNES |
| v.                )  ) | |
| JOSEPH WOLCOTT, et al.       ) | |

## ORDER

In accordance with the Memorandum filed herewith, the motions to sever by Defendants Joseph Wolcott (Docket Entry No. 485), Bradley Eldridge (Docket Entry No. 337), Rachel Wolcott (Docket Entry No. 493), and Bruce Ferguson (Docket Entry No. 340) are **DENIED**, and Kevin Wolcott's motion and amended motion to reconsider (Docket Entry Nos. 334, 471) are **DENIED**.

It is so **ORDERED**.

ENTERED on this the 23rd day June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge