UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08cr00013 |
| ) | Judge Haynes |
| KEVIN JOSEPH WOLCOTT and ) | |
| BRADLEY ELDRIDGE, ) | |
| ) | |
| Defendants. ) | |

JOINT MOTION TO SCHEDULE JANUARY 31, 2012 HEARING
FOR A LATER HOUR

Comes now the United States of America, by and through Jerry Martin, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and Howard L. Upchurch, attorney for the Petitioner The Bank of Crossville/The First National Bank of Pikeville, Tennessee, Philip L. Crawford, Trustee and hereby request this Court to move the commencement time for the January 31, 2012 hearing from **1:00 o'clock p.m.** to **2:00 o'clock p.m.**, to an hour or time later than **1:00 o'clock p.m.** In support thereof, counsel for The Bank of Crossville/The First National Bank of Pikeville, Tennessee and this Petitioner's witness, Philip L. Crawford have matters scheduled in Sequatchie County, Tennessee which will conclude no later than 11:15 o'clock a.m. on January 31, 2012. This information was provided to the Assistant United States Attorney when the parties scheduled this hearing for January 31, but the Assistant United States Attorney was