UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN WOLCOTT and ) <br> BRADLEY ELDRIDGE, ) <br> ) <br> Defendants, ) <br> ) <br> ) <br> CATHY KNIGHT and THE BANK OF ) <br> CROSSVILLE THE FIRST NATIONAL ) <br> BANK OF PIKEVILLE, TENNESSEE ) <br> ) <br> Petitioners. ) | Case NO. 2:08cr00013 <br> CHIEF JUDGE HAYNES <br><br><br> Ancillary Proceedings Re: <br> 32 Small Lane, Crossville a/k/a <br> 32 Pomona, Crossville |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon reading and filing of the Joint Motion to Approve Settlement Agreement and Enter an Agreed Order of Forfeiture Consisting of $5,000.00 United States Currency Money Judgment In Lieu of Forfeiture of 32 Small Lane a/k/a 32 Pomona, Crossville Tennessee, and the Court being fully otherwise advised in the premises:

**IT IS ORDERED** that the attached Settlement Agreement and Mutual Release ("Settlement Agreement") is hereby approved and the conditions agreed upon therein are Ordered as if set forth specifically herein;

**IT IS FURTHER ORDERED** that an Agreed Order of Forfeiture Consisting of a $5,000 United States Currency Money Judgment in Lieu of Forfeiture will enter, and the funds paid to satisfy this Money Judgment will be forfeited and deposited in the appropriate Asset Forfeiture Fund for disposition according to law;

IT IS FURTHER ORDERED that a Quitclaim Deed transferring the real property which is the subject of this ancillary proceeding and is commonly known as 32 Small Lane a/k/a 32 Pomona, Crossville, Tennessee to Cathy Knight will be filed of record, and that the United States is released from any debts and mortgages on said property.

IT IS FURTHER ORDERED AND ADJUDGED that this Court retains jurisdiction in this matter for enforcement, if necessary;

IT IS SO ORDERED this 24th day of August, 2012.

William Joseph Haynes, Jr.
UNITED STATES CHIEF DISTRICT JUDGE