UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH WOLCOTT,<br>    a/k/a "Wildcat,"<br><br>    Defendant. | )<br>)<br>)<br>)   NO. 2:08-CR-00013<br>)   CHIEF JUDGE HAYNES<br>)<br>)<br>)<br>)<br>) |

## FINAL ORDER OF FORFEITURE
## AS TO VEHICLES AND PERSONALTY ONLY

WHEREAS, on March 2, 2011, this Court entered a Preliminary Order of Forfeiture as to Defendant Joseph Wolcott ordering Defendant Joseph Wolcott to forfeit, among other things, the following vehicles and personalty:

(a) 1966 Blue Chevy Nova II bearing VIN # 118376N129188,

(b) 2004 Caterpillar bearing VIN # CAT0247BPM7TL00360,

(c) 1955 White & Green Chevy Bel Air Sedan bearing VIN # VC555050937,

(d) 1966 Maroon Chevelle Coupe bearing VIN# 138176A147611,

(e) 1963 Red Chevy Nova SS bearing VIN# 30467W119948,

(f) 1965 Chevy Nova bearing VIN# 138375A134260,

(g) Approximately $88,724 in United States currency seized from 3979 Taylor's Chapel Road, Crossville, Tennessee on December 5, 2008,

(h) Approximately $6,383 in United States currency seized from the person of Joseph Wolcott on December 5, 2008,

(i) Approximately $283,570 in United States currency seized from the person of Jimmy Clinton Smith on August 19, 2008, and

(j) Precious metals seized on or about December 5, 2008, from the residence of Joseph Wolcott, located at 3979 Taylor's Chapel Road, Crossville, Tennessee, which includes approximately ten ounces of silver bars,

(hereinafter collectively referrred to as "Subject Property").

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on March 30, 2011 and ending on April 28, 2011; and

WHEREAS, on March 16, 2011 and March 29, 2011, pursuant to 21 U.S.C. § 853(n), Deanna Wolcott, Peter Strianse, First National Bank of Tennessee and First American National Bank were sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying them that they have thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of their alleged interest in the property. Said notice was received by Kevin Wolcott on behalf of Deanna Wolcott on March 31, 2011, by First National Bank of Tennessee on March 17, 2012, by Peter Strianse on March 17, 2011 and March 31, 2011 and First American National Bank on March 18, 2011.

2

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, Deanna Wolcott filed a petition claiming an interest in the subject property but has now withdrawn her Petition, and no Petitions to the Subject Property remain;

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1); and

WHEREAS, on July 22, 2011, this Court entered an Order for Interlocutory Private Judicial Sale of Property involving some of the Subject Property.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that to the extent any of the property which was the subject of the July 25, 2011 Order for Interlocutory Private Judicial Sale of Property is not yet sold pursuant to the Order for interlocutory sale, the Order for interlocutory sale is moot, and this Final Order of Forfeiture supersedes the interlocutory sale Order.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 17th day of December, 2012.

CHIEF JUDGE HAYNES
United States District Judge