# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

JOSEPH WOLCOTT, Reg. No. 18911-075
Plaintiff,

v.

Case No. Criminal 2:08-cr-00013

UNITED STATES OF AMERICA
Defendant.

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for         Joseph Wolcott         hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the         Northern District of Georgia         .

Attached is a Certificate of Good Standing from that Court.

          s/   Linda S. Sheffield
            Signature

Name:   Linda S. Sheffiel

Address:   1201 Peachtree Street NE

Address:   400 Colony Square, Suite 200

Address:   Atlanta, GA 30361

Phone:   770-671-1234

Email:   lindasheffield@gmail.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

        * * * INCLUDE A CERTIFICATE OF SERVICE * * *