UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:08CR00013 |
| ) | CHIEF JUDGE HAYNES |
| JOSEPH WOLCOTT, ) | |
| a/k/a "Wildcat", ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DEANNA WOLCOTT, ) | |
| ) | |
| Petitioner | |

*[Handwritten annotation: Granted. This motion is granted. The conference is set for September 20, 2013 at 3:00 pm. /s/ Judge Haynes 9-10-13]*

## MOTION TO SET STATUS CONFERENCE

COMES NOW the United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Debra T. Phillips, Assistant United States Attorney, and moves this Court for a status conference. In support thereof, only two real properties remain which are subject to forfeiture in this matter:

1) Real property at 580 Eastland Cemetery Road; and

2) Real Property at 3979 Taylors Chapel Road.

Deanna Wolcott is a claimant as to both properties, and First National Bank joins her as a claimant to 3979 Taylors Chapel Road.

The undersigned would advise this Court that efforts have been made to effect settlement for an extended period of time, and though it is believed that a settlement has been reached, the parties have been unable to finalize the matter.

WHEREFORE, the United States requests that this Court set a status conference

1