UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-00013 |
| Plaintiff, ) | CHIEF JUDGE HAYNES |
| v ) | |
| [1] JOSEPH WOLCOTT, a/k/a ) | Re: Real Property at 580 Eastland Cemetery |
| "Wildcat," et al, ) | Road, Sparta, Tennessee and 3979 Taylor's |
| ) | Chapel Road, Crossville, Tennessee |
| Defendant, ) | |
| ) | |
| Deanna Wolcott, ) | |
| Petitioner. ) | |

*This motion is GRANTED.*

/s/ [signature] 9-27-13

## MOTION TO DISMISS STATUS CONFERENCE

The parties, United States of America, by and through its attorneys, Acting United States Attorney David Rivera and Assistant United States Attorney Debra Teufel Phillips, and Claimant Deanna Wolcott via her attorney Howard Upchurch move this court to dismiss the status conference presently set for Friday, September 27, 2013. In support thereof, Deanna Wolcott has tendered a check in the amount of $80,000 as settlement in regard to Deanna Wolcott's claim in this matter. Upon notification that this check has cleared, the United States will file a Consent Forfeiture Judgment in regard to this matter.

DAVIID RIVERA
Acting United States Attorney

By: s/Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151

s/Howard Upchurch by permission

Howard Upchurch
Attorney for Petitioner Deanna Wolcott
P.O. Box 381
Pikeville, TN 37367