UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:08CR00013 |
| ) | CHIEF JUDGE HAYNES |
| JOSEPH WOLCOTT, ) | |
| a/k/a "Wildcat", ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DEANNA WOLCOTT, ) | |
| ) | |
| Petitioner | |

*[Handwritten: Granted. This motion is granted. /s/ 2-7-14]*

## MOTION FOR ENTRY OF COSENT ORDER OF FORFEITURE OF $80,000

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and hereby request this Court enter the attached Consent Order of Forfeiture of $80,000 In Lieu Of Forfeiture Real Properties Located at 580 Eastland Cemetery Road and 3979 Taylors Chapel Road as all matters between these parties have been settled and compromised, and upon approval, dismiss the within action with/without prejudice. A proposed order is attached.

DAVID RIVERA
United States Attorney

By: s/ Debra T. Phillips
DEBRA T. PHILLIPS, BPR #001706
Attorney for United States of America
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
deb.phillips@usdoj.gov

1