IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:08cr-00013 |
| JOSEPH WOLCOTT, et al., | ) ) ) | Chief Judge Haynes |
| Defendants. | ) ) | |

## ORDER

Based upon the Notice of the United States (Docket Entry No. 1011) the motions and petitions (Docket Entry Nos. 747, 774, 775, 784, 786, 804 and 809) are **DENIED as moot**.

It is so **ORDERED**.

ENTERED this the ___ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court