IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:08-cr-00013 |
| | ) | Chief Judge Haynes |
| JOSEPH WOLCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

*[Handwritten annotation: This motion is DENIED without prejudice to renew upon the effective date of Amendment 782. /s/ WJH 8-12-14]*

## MOTION TO MODIFY SENTENCE
## PURSUANT TO 18 U.S.C. §3582(c)

Comes now Joseph Wolcott, petitioner in the above-styled action, by and through undersigned counsel, and files this Motion to Reduce his sentence by two levels pursuant to 18 U.S.C. §3582(c), due to a retroactive two-point reduction announced by the United States Sentencing Commission Friday, July 18, 2014.

## JURISDICTION

The district court had jurisdiction over this motion pursuant to 18 U.S.C. §3582(c).

## BACKGROUND

Joseph Wolcott currently has pending before this Court a petition for writ of habeas corpus, pursuant to 28 U.S.C. §2255, styled as *Joseph Wolcott vs. United States of America*, Case No. 2:13-cv-0062. This petition constitutes a separate ground for relief, based on the recent announcement from the United States Sentencing Commission.

This Court calculated Wolcott's sentencing range under the United States Sentencing Guidelines (U.S.S.G.) as 262-327 months of imprisonment (Offense Level 38, Criminal History II). This range included a 240-month mandatory minimum sentence for the drug charge based

1